IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON A. JAMES § | |
|     Plaintiff, § | |
| § | |
| VS. § | Case No. 4:12cv606 |
| § | |
| BANK OF AMERICA, N.A., § | |
| Successor by Merger to BAC § | |
| HOME LOANS SERVICING, LP § | |
| f/k/a COUNTRYWIDE HOME § | |
| LOANS SERVICING, LP § | |
|     Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss (Dkt. 4) be GRANTED in part and that this case be dismissed for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motion to Dismiss (Dkt. 4) is GRANTED in part and this case shall be dismissed for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this the 6th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE